IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL D. MILES,

    Petitioner,                        No. 2:12-cv-0270 KJN P

    vs.

UNKNOWN,

    Respondent.                   ORDER

_____/

        Petitioner, a state prisoner at Salinas Valley State Prison, has filed a document with the court, pursuant to which he seeks clarification of the deadline for filing a petition for writ of habeas corpus, and requests an extension of time within which to file such petition. No other pleadings have been filed by petitioner.

        In order to commence an action in habeas corpus, petitioner must file a completed petition for writ of habeas corpus, as required by Rule 3 of the Rules Governing Section 2254 cases, together with an application to proceed in forma pauperis or payment of the required filing fee ($5.00), see 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, petitioner will be provided an opportunity to file a petition for writ of habeas corpus, and to submit an application requesting leave to proceed in forma pauperis or to pay the appropriate filing fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the filing date of this order to file a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner shall also submit, within thirty days from the filing date of this order, a completed application to proceed in forma pauperis or payment of the filing fee ($5.00).

2. The Clerk of the Court is directed to send petitioner: (a) the court's form for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and (b) an application to proceed in forma pauperis by a prisoner.

3. The Clerk of Court is further directed to re-caption Docket No. 1, as an "Inquiry," rather than a Petition for Writ of Habeas Corpus.

4. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

DATED: February 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mile0270.nopetition