1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RUSSELL D. MILES,

11            Petitioner,              No. 2:12-cv-0270 KJN P

12        vs.

13    UNKNOWN,

14            Respondent.             ORDER

15    _____/

16            Petitioner, a state prisoner proceeding without counsel, has filed a request to

17    proceed in forma pauperis.  By order filed March 20, 2012, petitioner was granted an extension

18    of time to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Dkt. No. 9.)

19            Petitioner has not yet filed such petition.  However, petitioner states that his

20    petition for review was denied on November 17, 2010.  (Dkt. No. 1.)  The California Supreme

21    Court's website[1] reflects that in Case No. S187249, petitioner's petition for review was denied on

22    November 17, 2010, and the underlying Court of Appeal case number was F058347.  (Id.)

23    Review of the case before the Court of Appeal reflects that petitioner was convicted in the

24    Superior Court of Stanislaus County, California.  People v. Miles, 2010 WL 3436626 (Cal. App.

25    _____

26        [1]  The website was accessed at http://appellatecases.courtinfo.ca.gov/search/case/
      mainCaseScreen.cfm?dist=0&doc_id=1958479&doc_no=S187249 on May 16, 2012.

5 Dist. Sept. 2, 2010).  Thus, petitioner is attempting to challenge his conviction in the Stanislaus County Superior Court.  Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court has not ruled on petitioner's request to proceed in forma pauperis, or his motions for extension of time filed April 23 and 30, 2012.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This court has not ruled on docket numbers 7, 10 or 11;

2.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  May 17, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mile0270.109